UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>17422 DERIAN IRVINE APARTMENTS, LLC, et al.,<br><br>　　　　　　　Defendants. | Case No.  SACV 24-1343-GW-MARx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

　　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

　　　IT IS SO ORDERED.

Dated: May 5, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE